CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 24 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# INMATE CONSENT FOR WITHHOLDING OF PAY
# FOR ASSESSED FILING FEE

| | |
|---|---|
| HECTOR V. ESCALANTE,<br>    Petitioner, | )<br>)   Civil Action No. 7:10-cv-00370<br>) |
| v. | )<br>) |
| BRYAN B. WATSON,<br>    Respondent. | )<br>)   **CONSENT TO FEE** |

I, **Hector V. Escalante**, hereby consent for the appropriate prison officials to withhold from my prison account the filing fee of **$5.00** dollars or if not possible to collect the $5.00 in full initially, to collect on a continuing basis each month, an amount equal to 20% of each prior month's income, until such time as the filing fee of $5.00 has been collected in full. Upon collection, the Trust Officer shall forward the payment to the Clerk's Office, U. S. District Court, P. O. Box 1234, Roanoke, VA 24006, until such time as the fees are paid in full. By executing this document, I also authorize withholding of any amount of costs, sanctions, and/or fees which may be imposed by the Court as a result of or during this litigation.

*/s/ Hector Escalante*
SIGNATURE OF PETITIONER

(For Trust Accounts Officer Use)

| BALANCE DUE<br>(Not to exceed $5.00) | AMOUNT WITHHELD | MONTH WITHHELD | PRIOR MONTHS INCOME |
|---|---|---|---|
| $5.00 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |