HECTOR ESCALANTE # 1200377
Wallen's Ridge State Prison - P.O. Box 759 - Big Stone Gap, VA 24219

September 1, 2010

United States District Court
Office of the Clerk
P.O. Box 1234
Roanoke, Virginia 24006

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 03 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

RE: HECTOR YASQUEZ ESCALANTE V. WARDEN BRYAN B. WATSON
Civil Action No. 7:10-CV-00370

Dear Clerk;

Please find enclosed a notice of appeal, appealing the Court's Order of August 31, 2010 in the above style case, which I respectfully request you file in the appropiate fashion at your earliest convinience.

Thanking you for your continuing kind assistance, I remain

Very truly yours,

Hect Escalant

HECTOR ESCALANTE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

HECTOR VASQUEZ ESCALANTE,  )  Civil Action No. 7:10-CV-00370
    Petitioner,  )
V.  )  **NOTICE OF APPEAL**
      )
BRYAN B. WATSON, WARDEN  )
    Respondent.  )

Comes Now, the Petitioner, Hector Vasquez Escalante, pro-se and files this Notice of Appeal, pursuant to Rule 3 and 4 of the Federal Rules of Appellate Procedure, appealing the Courts Final Order and ruling of August 31, 2010 in the above style case.

~~Aug~~ September 1, 2010
DATED

_____
HECTOR VASQUEZ ESCALANTE

**CERTIFICATE OF SERVICE**

My Petition for Writ of Habeas Corpus was never actually filed in this Court as it was denied as untimely, thus the requirements of Rule 5, to provide Respondents with all motions do not apply, as the respondents never had an opportunity to respond.

September 1, 2010
DATED

_____
HECTOR ESCALANTE

Hector Escalante
1200377 - W.R.S.P.
P.O. Box 759
Big Stone Gap, VA 24219

LEGAL MAIL

BRISTOL VA 242
02 SEP 2010 PM 3 L

MAILROOM
SEP 02 2010

RECEIVED
SEP 03 2010
USDC Clerk's Office
Mail Room

Office of the Clerk
United States District Court
P.O. Box 1234
Roanoke, Virginia 24006

2400631234