Filed: September 9, 2010

```
              UNITED STATES COURT OF APPEALS
                  FOR THE FOURTH CIRCUIT

                   _____

                       No. 10-7240
                  (7:10-cv-00370-sgw-mfu)
                   _____
```

HECTOR VASQUEZ ESCALANTE

                Petitioner - Appellant

v.

BRYAN WATSON, Warden

                Respondent - Appellee

NOTICE OF APPELLATE CASE OPENING

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Roanoke |
| Originating Court Case Number | 7:10-cv-00370-sgw-mfu |
| Date notice of appeal filed in originating court | 09/03/2010 |
| Appellant(s) | Hector Vasquez Escalante |
| Appellate Case Number | 10-7240 |
| Case Manager | Michael Radday<br>804-916-2702 |

The above-captioned case has been opened in this Court.