FILED:  September 28, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-7240

(7:10-cv-00370-sgw-mfu)

_____

HECTOR VASQUEZ ESCALANTE

       Petitioner - Appellant

v.

BRYAN WATSON, Warden

       Respondent - Appellee

_____

O R D E R

_____

The court appoints Neil Lawrence Walters to represent Hector Vasquez Escalante.  Counsel is referred to the memorandum on **Payment of Counsel Appointed under the Criminal Justice Act** for information on obtaining a fee exempt PACER account for electronic access to documents in CJA cases, redacting private and sensitive data from transcripts and other documents, and maintaining time and expense records. If appointed counsel has not previously received CJA payments from the federal courts, or if their information has changed, counsel

should complete the **CJA Taxpayer Identification Form**.

Counsel not yet registered for electronic filing should proceed to the court's web site to register as an ECF filer, **www.ca4.uscourts.gov**. All filings must comply with this Court's **Memorandum on Sealed and Confidential Materials**. Counsel shall file an **Appearance of Counsel form** within 14 days of the date of this order.

The court having appointed new counsel for purposes of this appeal, any motion for further substitution of counsel shall be disfavored.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk